IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00677-PAB-MJW

ALLEN NELSON,

Plaintiff,

v.

NATIONAL ACTION FINANCIAL SERVICES, INC.,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to File the First Amended Complaint and Jury Demand (Docket No. 17) is granted.  The tendered First Amended Complaint and Jury Demand (Docket No. 17-2) is accepted for filing as of the date of this Minute Order.

Date:   July 14, 2009