IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00677-PAB-MJW

ALLEN NELSON,

      Plaintiff,

v.

NATIONAL ACTION FINANCIAL SERVICES, INC., a Georgia corporation, and
CAVALRY PORTFOLIO SERVICES, LLC, a Delaware limited liability company,

      Defendants.

## ORDER

This matter is before the Court on the Stipulated Motion to Amend Judgment Against Defendant National Action Financial Services, Inc. to Add Attorney Fees [Docket No. 32]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED as follows:

1. The Stipulated Motion to Amend Judgment Against Defendant National Action Financial Services, Inc. to Add Attorney Fees [Docket No. 32] is granted.

2. Plaintiff's reasonable attorney's fees in the amount of $4,500.00 shall be added to the current Judgment of $1,501.00 and the Costs Taxed by the Clerk of the Court in the amount of $420.00. The Clerk of the Court is directed to enter Judgment for the Plaintiff and against Defendant National Action Financial Services, Inc. in the total amount of $6,421.00, plus post-judgment interest.

DATED August 25, 2009.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge